UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| PAMELA A. BAUGHER, | NO. 4:17-CV-5190-TOR |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO DISMISS |
| WASHINGTON STATE UNIVERSITY, | |
| Defendant. | |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss. ECF No. 39. The motion was submitted for consideration without oral argument. The Court has reviewed the file and the records contained therein and is fully informed.

The parties have stipulated that all Plaintiff's claims are voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice and with no award of costs and/or attorney fees at either the trial level or on appeal.

//

//

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims against the Defendant are hereby **DISMISSED** with prejudice and without an award of costs or attorney's fees to either party at either the trial level or on appeal.

2. All pending motions are **DENIED** as moot and all hearings and trial dates are stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order, enter judgment of Dismissal, furnish copies to the parties, and **CLOSE** the file.

DATED February 26, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 2