# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| PAMELA BAUGHER, <br> *Plaintiff* <br> v. <br> WASHINGTON STATE UNIVERSITY, <br> *Defendant* | Civil Action No. 4:17-CV-5190-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's complaint is DISMISSED WITH PREJUDICE and without an award of costs or attorney's fees to either party at either the trial level or on appeal.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE upon the parties' Stipulated Motion to Dismiss (ECF No. 39).

Date: February 26, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Bridgette Fortenberry
*(By) Deputy Clerk*

Bridgette Fortenberry